IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAKEWOOD HEALTH SYSTEM AND NORTHWEST MEDICAL CENTER, *for themselves and on behalf of all other similarly situated class members*, : : : : : | |
| Plaintiffs, : | Civil Action No. 07-69 |
| v. : | JURY TRIAL DEMANDED |
| TRIWEST HEALTHCARE ALLIANCE CORP., : : | CLASS ACTION |
| Defendant. : | |

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, subject to the approval of the Court, that the time for Defendant to answer, move or otherwise respond to the Complaint is extended through and including April 16, 2007. The parties further agree that, in the event a motion is filed in response to the Complaint, the following briefing schedule will apply:

| | |
|---|---|
| Opening Brief | April 16, 2007 |
| Answering Brief | May 30, 2007 |
| Reply Brief | June 13, 2007 |

Defendant requests this additional time for several reasons. First, counsel for Defendant has just been retained in this matter and is in the process of reviewing a significant amount of documents associated with the matter. Second, Defendant needs additional time to research both fact and legal issues associated with its potential defenses to the claims set forth in Plaintiffs' Complaint.

DUANE MORRIS LLP

By /s/ *(signature)*
Matt Neiderman (Del. Bar 4018)
1100 North Market Street
Suite 1200
Wilmington, Delaware 19801
(302) 657-4900 – Telephone
(302) 657-4901 – Facsimile
mneiderman@duanemorris.com – Email

*Attorneys for Plaintiffs Lakewood Health System and Northwest Medical Center, for themselves and on behalf of all other similarly situated class members*

OF COUNSEL:

John J. Soroko
Seth A. Goldberg
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103
(215) 979-1000 – Telephone
(215) 979-1020 – Facsimile
jsoroko@duanemorris.com – Email
sgoldberg@duanemorris.com – Email

Michael R. Gottfried
Patricia R. Rich
DUANE MORRIS LLP
470 Atlantic Avenue
Boston, Massachusetts 02210
(617) 289-9200 – Telephone
(617) 289-9201 – Facsimile
mgottfried@duanemorris.com – Email
prich@duanemorris.com – Email

Gregory A. Brodek
DUANE MORRIS LLP
88 Hammond Street, Suite 500
Bangor, Maine 04401
(207) 262-5400 – Telephone
gbrodek@duanemorris.com – Email

MORRIS JAMES LLP

By /s/ *(signature)*
Lewis H. Lazarus (Del. Bar 2374)
Matthew F. Lintner (Del. Bar 4371)
Katherine J. Neikirk (Del. Bar 4129)
500 Delaware Avenue
Suite 1500
Wilmington, Delaware 19801-1494
(302) 888-6800 – Telephone
(302) 571-1751 – Facsimile
llazarus@morrisjames.com – Email
mlintner@morrisjames.com – Email
kneikirk@morrisjames.com – Email

*Attorneys for Defendant TriWest Healthcare Alliance Corp.*

OF COUNSEL:

Robert S. Ryland
Robert R. Gasaway
Ashley C. Parrish
Scott M. Abeles
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Suite 1200
Washington, D.C. 20005
(202) 879-5000 – Telephone
(202) 879-5200 – Facsimile
rryland@kirkland.com – Email
rgasaway@kirkland.com – Email
aparrish@kirkland.com – Email
sabeles@kirkland.com – Email

Dated: February __, 2007

        SO ORDERED this ____ day of February 2007.

_____
The Honorable Gregory M. Sleet