IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAKEWOOD HEALTH SYSTEM AND NORTHWEST MEDICAL CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>TRIWEST HEALTHCARE ALLIANCE CORP.,<br><br>Defendant. | Civil Action No. 07-69-GMS |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Robert S. Ryland, Esquire, Robert R. Gasaway, Esquire, Ashley C. Parrish, Esquire and Scott M. Abeles, Esquire of the law firm of Kirkland & Ellis, LLP to represent Defendant TriWest Healthcare Alliance Corp. in this matter.

Dated: February 27, 2007

/s/ Lewis H. Lazarus
Lewis H. Lazarus (#2374)
Matthew F. Lintner (#4371)
Katherine J. Neikirk (#4129)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
llazarus@morrisjames.com
mlintner@morrisjames.com
kneikirk@morrisjames.com
Attorneys for Defendant TriWest
Healthcare Alliance Corp.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
United States District Judge

1534951

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: February 26, 2007          Signed: _____
                                 Robert S. Ryland, Esquire
                                 Kirkland & Ellis, LLP
                                 655 15th Street, N.W.
                                 Suite 1200
                                 Washington, D.C. 20005
                                 202-879-5000

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: February 26, 2007         Signed: /s/ Scott M. Abeles
                                Scott M. Abeles, Esquire
                                Kirkland & Ellis, LLP
                                655 15th Street, N.W.
                                Suite 1200
                                Washington, D.C. 20005
                                202-879-5000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: February 26, 2007            Signed: _____
                                   Robert R. Gasaway, Esquire
                                   Kirkland & Ellis, LLP
                                   655 15th Street, N.W.
                                   Suite 1200
                                   Washington, D.C. 20005
                                   202-879-5000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and that I am admitted, practicing, and in good standing as a member of the Bars of the State of Virginia and the District of Columbia, and that pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: February 26, 2007            Signed: /s/ Ashley C. Parrish
                                   Ashley C. Parrish
                                   Kirkland & Ellis, LLP
                                   655 15th Street, N.W.
                                   Suite 1200
                                   Washington, D.C. 20005
                                   202-879-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February, 2007, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Matt Neiderman
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
mneiderman@duanemorris.com

/s/ Katherine J. Neikirk
Lewis H. Lazarus (#2374)
Matthew F. Lintner (#4371)
Katherine J. Neikirk (#4129)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
llazarus@morrisjames.com
mlintner@morrisjames.com
kneikirk@morrisjames.com
Attorneys for Defendant TriWest
Healthcare Alliance Corp.

1535873