IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LAKEWOOD HEALTH SYSTEM AND NORTHWEST MEDICAL CENTER, *for themselves and on behalf of all other similarly situated class members,* | : : : : : | |
| Plaintiffs, | : : | Civil Action No. 07-69 |
| v. | : : | JURY TRIAL DEMANDED |
| TRIWEST HEALTHCARE ALLIANCE CORP., | : : : | CLASS ACTION |
| Defendant. | : : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael R. Gottfried to represent Lakewood Health System and Northwest Medical Center, for themselves and on behalf of all other similarly situated class members, in this matter.

**DUANE MORRIS LLP**

/s/ Matt Neiderman
Matt Neiderman (Del. Bar No. 4018)
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302.657.4900
302.657.4901 *fax*
mneiderman@duanemorris.com

*Attorney for Plaintiffs*
*Lakewood Health System and Northwest Medical Center, for themselves and on behalf of all other similarly situated class members.*

Date: February 28, 2007

2

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____       _____
                                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of bars the Commonwealth of Massachusetts and the District of Columbia; the United States District Court for the District of Massachusetts and the District of Columbia; the United States Court of Appeals for the District of Columbia Circuit, First Circuit, Seventh Circuit, Ninth Circuit, Tenth Circuit and Federal Circuit; and the United States Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 2/25/07

Signed: _____
Michael R. Gottfried
DUANE MORRIS LLP
470 Atlantic Avenue
Boston, Massachusetts 02210
(617) 289-9200 – Telephone
(617) 289-9201 – Facsimile
mgottfried@duanemorris.com – Email

DM1\753632.1

**CERTIFICATE OF SERVICE**

     I, Matt Neiderman, hereby certify that on February 28, 2007, I caused a copy of the foregoing document to be served upon the following counsel of record via e-filing:

          Katherine J. Neikirk, Esq.
          Morris James LLP
          500 Delaware Avenue, Suite 1500
          Wilmington, Delaware  19899

          /s/ Matt Neiderman
          Matt Neiderman  (Del. I.D. No. 4018)