IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAKEWOOD HEALTH SYSTEM and NORTHWEST MEDICAL CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> TRIWEST HEALTHCARE ALLIANCE CORP., <br><br> Defendant. | Civil Action No. 07-69-GMS |

## DEFENDANT TRIWEST HEALTHCARE ALLIANCE CORP.'S MOTION TO DISMISS

Defendant TriWest Healthcare Alliance Corp. hereby moves to dismiss the complaint of Plaintiffs Lakewood Health System and Northwest Medical Center pursuant to Rules 12(b)(1), 12(b)(6) and 12(b)(7) of the Federal Rules of Civil Procedure. The factual and legal support for this motion is set forth in the accompanying opening brief, which has been simultaneously filed and served with this motion.

Dated: March 16, 2007

/s/ Matthew F. Lintner
Lewis H. Lazarus (#2374)
Matthew F. Lintner (#4371)
Katherine J. Neikirk (#4129)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
302.571.1750 (fax)
llazarus@morrisjames.com
mlintner@morrisjames.com
kneikirk@morrisjames.com

Attorneys for Defendant TriWest
Healthcare Alliance Corp.

OF COUNSEL:
Robert S. Ryland
Robert R. Gasaway
Ashley C. Parrish
Scott M. Abeles
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
202.879.5000
202.879.5200 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| LAKEWOOD HEALTH SYSTEM and NORTHWEST MEDICAL CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>TRIWEST HEALTHCARE ALLIANCE CORP.,<br><br>Defendant. | Civil Action No. 07-69-GMS |

**[PROPOSED] ORDER**

The Court having considered Defendant TriWest Healthcare Alliance Corp.'s motion to dismiss and the arguments in support and opposition thereof,

IT IS HEREBY ORDERED this ____ day of _____, 200__, that the motion is GRANTED.

_____
United States District Judge

1540356