IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAKEWOOD HEALTH SYSTEM AND NORTHWEST MEDICAL CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>TRIWEST HEALTHCARE ALLIANCE CORP.,<br><br>Defendant. | Civil Action No. 07-69-GMS |

## DEFENDANT TRIWEST HEALTHCARE ALLIANCE CORP.'S RULE 7.1 DISCLOSURE STATEMENT

Defendant TriWest Healthcare Alliance Corp. submits the following in accordance with Federal Rule of Civil Procedure 7.1:

(1) Corporations owning ten percent (10%) or more of Defendant TriWest Healthcare Alliance Corp. are Blue Cross and Blue Shield of Arizona, Inc. and Blue Cross and Blue Shield of Kansas, Inc.

(2) State-owned hospitals owning ten (10%) or more of Defendant TriWest Healthcare Alliance Corp. are University of Colorado Hospital Authority and University of New Mexico Hospital.

Dated: March 16, 2007

/s/ Katherine J. Neikirk

Lewis H. Lazarus (#2374)
Matthew F. Lintner (#4371)
Katherine J. Neikirk (#4129)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
302.571.1750 (fax)
llazarus@morrisjames.com
mlintner@morrisjames.com
kneikirk@morrisjames.com

Attorneys for Defendant TriWest
Healthcare Alliance Corp.

OF COUNSEL:
Robert S. Ryland
Robert R. Gasaway
Ashley C. Parrish
Scott M. Abeles
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
202.879.5000
202.879.5200 (fax)

1541172

2