# Morris James LLP

Katherine J. Neikirk
302.888.6808
kneikirk@morrisjames.com

March 19, 2007

***VIA E-FILING AND HAND DELIVERY***

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

Re:   *Lakewood Health System, et al. v. TriWest Healthcare Alliance Corp.*
      C. A. No. 07-69-GMS

Dear Judge Sleet:

Please find enclosed courtesy copies of the following documents filed with the Court Friday night: (1) Defendant TriWest Healthcare Alliance Corp.'s Motion to Dismiss; (2) Proposed Order; (3) Opening Brief of Defendant TriWest Healthcare Alliance Corp. in Support of its Motion to Dismiss; (4) Appendix in Support of the Opening Brief of Defendant TriWest Healthcare Alliance Corp. in Support of its Motion to Dismiss; (5) Compendium of Unreported Cases Cited in Opening Brief of Defendant TriWest Healthcare Alliance Corp. in Support of its Motion to Dismiss; and (6) Defendant TriWest Healthcare Alliance Corp.'s Rule 7.1 Disclosure Statement. If Your Honor has any questions regarding the enclosed papers, please let us know.

Respectfully submitted,

Katherine J. Neikirk (#4129)
kneikirk@morrisjames.com

KJN/lsw
Enclosures
cc:   District Court (w/o enc.) (via e-filing)
      Matthew Neiderman, Esquire (w/o enc.) (via e-filing)

1541849/1

500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801-1494   T 302.888.6800   F 302.888.6989
Mailing Address   P.O. Box 2306 | Wilmington, DE 19899-2306   www.morrisjames.com