# Morris James LLP

Katherine J. Neikirk
302.888.6808
kneikirk@morrisjames.com

April 16, 2007

***VIA E-FILING AND HAND DELIVERY***

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

Re:   *Lakewood Health System, et al. v. TriWest Healthcare Alliance Corp.*
      C. A. No. 07-69-GMS

Dear Judge Sleet:

Please find enclosed two courtesy copies of TriWest Healthcare Alliance Corp.'s Reply Brief in Support of Its Motion to Dismiss filed with the Court Friday night. If Your Honor has any questions regarding the enclosed papers, please let us know.

Respectfully submitted,

Katherine J. Neikirk (#4129)
kneikirk@morrisjames.com

KJN/lsw
Enclosures
cc:   District Court (w/o enc.) (via e-filing)
      Matthew Neiderman, Esquire (w/o enc.) (via e-filing)

1556555/1

500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801-1494   T 302.888.6800   F 302.888.6989
Mailing Address   P.O. Box 2306 | Wilmington, DE 19899-2306   www.morrisjames.com