# Morris James LLP

Katherine J. Neikirk
302.888.6808
kneikirk@morrisjames.com

April 18, 2007

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware  19801

Re:    *Lakewood Health System, et al. v. TriWest Healthcare Alliance Corp.*
       C. A. No. 07-69-GMS

Dear Judge Sleet:

Pursuant to Local District Court Civil Rule 7.1.4, Defendant TriWest Healthcare Alliance Corp. respectfully requests that the Court schedule, as soon as the Court's schedule permits, oral argument on its motion to dismiss the above captioned matter (D.I.11).  Briefing on the motion to dismiss was completed on Friday, April 13, 2007.

Thank you for your consideration.

Respectfully submitted,

Katherine J. Neikirk (#4129)
kneikirk@morrisjames.com

KJN/lsw
Enclosures
cc:    District Court (w/o enc.) (via e-filing)
       Matthew Neiderman, Esquire (w/o enc.) (via e-filing)

1556359