**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LAKEWOOD HEALTH SYSTEM<br>AND NORTHWEST MEDICAL CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>TRIWEST HEALTHCARE ALLIANCE CORP.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 07-69-GMS |

**NOTICE BY THE UNITED STATES OF ITS INTENT
TO FILE A STATEMENT OF INTEREST**

In this litigation the parties dispute the Department of Defense's interpretation of its regulations concerning the TRICARE program, whether the United States is the real party in interest or a necessary and indispensable party, and whether the plaintiffs could have availed themselves of an administrative appeal process. Although the United States is not a party in this action, it does have an interest in addressing certain of the issues raised therein. Accordingly, any participation by the United States would be provided for by 28 U.S.C. § 517.

Pursuant to 28 U.S.C. § 517, the Attorney General of the United States is authorized to send any officer of the Department of Justice to "attend to the interests of the United States in a suit pending in a court of the United States, or in the courts of a State, or to attend to any other interest of the United States." 28 U.S.C. § 517. The United States is aware that the defendant's motion to dismiss is fully briefed before the Court. The United States respectfully requests that the Court defer any resolution of defendant's motion until August 31, 2007. At or before that time, the United States will file a substantive memorandum pursuant to 28 U.S.C. § 517, setting

forth its interest with respect to this matter.  The United States appreciates the Court's

consideration of its request.

Dated:  July 31, 2007                                    Respectfully submitted,

                                                         PETER D. KEISLER
                                                         Assistant Attorney General

                                                         VINCENT M. GARVEY
                                                         Deputy Director, Federal Programs Branch

                                                         COLM F. CONNOLLY
                                                         United States Attorney


                                                         By:    /s/ Seth M. Beausang
OF COUNSEL:                                              SETH M. BEAUSANG (I.D. No. 4071)
                                                         Assistant United States Attorney
GERALD A. WESLEY                                         The Nemours Building
Associate General Counsel                                1007 Orange Street, Suite 700
TRICARE MANAGEMENT ACTIVITY                              Wilmington, DE 19801
DEPARTMENT OF DEFENSE                                    Tel: (302) 573-6277


                                                          /s/ Susan K. Ullman
                                                         SUSAN K. ULLMAN (DC 426874)
                                                         Senior Counsel
                                                         U.S. DEPARTMENT OF JUSTICE
                                                         20 Massachusetts Avenue, N.W.
                                                         Washington, D.C. 20530
                                                         Tel: (202) 616-0680 - Fax: (202) 616-8470
                                                         Email: Susan.Ullman@usdoj.gov

## CERTIFICATE OF SERVICE

I, Seth M. Beausang, hereby certify that on **July 31, 2007**, I electronically filed the foregoing **NOTICE BY THE UNITED STATES OF ITS INTENT TO FILE A STATEMENT OF INTEREST** with the Clerk of Court using CM/ECF which will send electronic notification of such filing to the following:

**Kathaleen S. McCormick**
**Matt Neiderman, Esquire**
**Patricia R. Rich, Esquire**
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
(302) 657-4901
(302) 657-4900
kmccormick@duanemorris.com
mneiderman@duanemorris.com
prich@duanemorris.com

Attorneys for Plaintiffs:
Lakewood Health System & Northwest
Medical Center

**Katherine J. Neikirk, Esquire**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
kneikirk@morrisjames.com

Attorney for Defendant:
**TriWest Healthcare Alliance Corp**

By:/s/Seth M. Beausang_____
Seth M. Beausang (De. I.D. No. 4071