

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
ELECTRONIC NOTICING REGISTRATION FORM**

*FOR ATTORNEYS ADMITTED PRO HAC VICE*

Instructions: Once admitted (Pro Hac Vice motion has been granted), an attorney may register for *electronic noticing* in CM/ECF. Once you submit this form (signed original) to the Clerk of Court, your name and e-mail noticing address will appear on the docket, associated with your local counsel.

(Please Print or Type all information)

PRO HAC VICE GRANTED IN: CASE # **1:07-cv-69 GMS**
(Case Type & Number, e.g.., CA 04-123 SLR)
DOCKET ITEM # & DATE OF ORDER GRANTING PRO HAC VICE: **# 13  2/28/07**
NAME(S) OF PARTY(IES) REPRESENTED: **Lakewood Health System**
DATE $25.00 ANNUAL PRO HAC VICE FEE PAID: _____  RECEIPT # _____
(IF KNOWN)
Internet E-Mail Address: **sagoldberg@duanemorris.com**
(Please print clearly and include complete e-mail address)

Last Name: **Goldberg**          Generation: (e.g., Jr., Sr.) _____
First Name: **Seth**             Middle Initial: **A.**
Firm's Name: **Duane Morris**
Address: **30 South 17th St.**
City: **Philadelphia**    State: **PA**    Zip Code: **19103**
Type of Practice: **X** Civil    Criminal    Do you have a PACER Account?    Yes    No
Phone No.: **215-979-1175**    FAX No.: **215-979-1020**

An attorney admitted pro hac vice who desires to be electronically noticed by ECF, must complete and sign an Electronic Noticing Registration Form on a case-by-case basis. The attorney may retrieve documents electronically through PACER and will receive system-generated notices of electronic filings, however, this will NOT allow for documents to be FILED electronically. Also, as a participating attorney, you must promptly notify the Clerk's office if there is a change in your personal data, such as name or e-mail address, or termination of involvement in the case.

_____    **9/26/07**
Signature                        Date

Submit completed registration form to:

Clerk
U.S. District Court for the District of Delaware
ATTN: ECF Registration
Room 4209, Lockbox 18
844 N. King Street
Wilmington, DE 19801
(302) 573-6170

COURT USE ONLY:    (ECF Pro Hac Vice Reg. Form - Rev. 5/05)

DATE REGISTRATION FORM RECEIVED: _____

PRO HAC VICE STATUS VERIFIED    ANNUAL PHV FEE PAID

DATE ELECTRONIC NOTICING ACTIVATED: _____

ENTERED BY: _____    E-MAIL NOTICE SENT TO ATTY