IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAKEWOOD HEALTH SYSTEM AND NORTHWEST MEDICAL CENTER, *for themselves and on behalf of all other similarly situated class members*,<br><br>        Plaintiffs,<br><br>        v.<br><br>TRIWEST HEALTHCARE ALLIANCE CORP.,<br><br>        Defendant. | Civil Action No. 07-69 (GMS)<br><br>JURY TRIAL DEMANDED<br><br>CLASS ACTION |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Gregory A. Brodek to represent Lakewood Health System and Northwest Medical Center, for themselves and on behalf of all other similarly situated class members, in this matter.

        DUANE MORRIS LLP

        /s/ Matt Neiderman
        Matt Neiderman (Del. Bar No. 4018)
        1100 N. Market St., Suite 1200
        Wilmington, Delaware 19801
        302.657.4900
        302.657.4901 *fax*
        mneiderman@duanemorris.com

        *Attorney for Plaintiffs*
        *Lakewood Health System and Northwest*
        *Medical Center, for themselves and on behalf of*
        *all other similarly situated class members.*

Date: March 21, 2008

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maine pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

DATE: ____March 19, 2008____          Signed: _____
                                                                                   Gregory A. Brodek
                                                                                  Duane Morris LLP
                                                                                  Suite 500
                                                                                  88 Hammond Street
                                                                                  Bangor, ME 04401
                                                                                  207-262-5440
                                                                                  gabrodek@duanemorris.com

## CERTIFICATE OF SERVICE

I, Matt Neiderman, hereby certify that on March 21, 2008, I caused a copy of the Motion and Order for Admission Pro Hac Vice to be served upon the following counsel of record via e-filing:

>Katherine J. Neikirk, Esq.
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, Delaware 19899

>**DUANE MORRIS LLP**

>/s/ Matt Neiderman
>Matt Neiderman (Del. I.D. No. 4018)

DM1\1310377.1