IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAKEWOOD HEALTH SYSTEM AND NORTHWEST MEDICAL CENTER, *for themselves and on behalf of all other similarly situated class members,*<br><br>Plaintiffs,<br><br>v.<br><br>TRIWEST HEALTHCARE ALLIANCE CORP.,<br><br>Defendant. | Civil Action No. 07-69 (GMS) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Kathaleen S. McCormick, formerly of the law firm of Duane Morris LLP, and currently with the law firm of Young, Conaway, Stargatt & Taylor, hereby withdraws her appearance for Plaintiffs Lakewood Health Systems and Northwest Medical Center.

DUANE MORRIS LLP

/s/ Matt Neiderman
Matt Neiderman (Del. Bar No. 4018)
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302.657.4900
302.657.4901 *fax*
mneiderman@duanemorris.com

*Attorney for Plaintiffs
Lakewood Health System and Northwest
Medical Center, for themselves and on behalf of
all other similarly situated class members.*

Date: March 25, 2008

## CERTIFICATE OF SERVICE

I, Matt Neiderman, hereby certify that on March 25, 2008, I caused a copy of the Notice of Withdrawal of Appearance to be served upon the following counsel of record via e-filing:

>Katherine J. Neikirk, Esq.
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, Delaware 19899

**DUANE MORRIS LLP**

/s/ Matt Neiderman
Matt Neiderman (Del. I.D. No. 4018)