# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAKEWOOD HEALTH SYSTEM AND NORTHWEST MEDICAL CENTER, for themselves and on behalf of all other similarly situated class members,<br><br>     Plaintiffs,<br><br>   v.<br><br>TRIWEST HEALTHCARE ALLIANCE CORP.,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 07-69 (GMS)<br><br>  JURY TRIAL DEMANDED<br><br>  CLASS ACTION |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

COMES NOW, United States Attorney Colm F. Connolly, by and through Assistant United States Attorney Seth M. Beausang, and moves, pursuant to Local Rule 83.5 and the attached certification, for the admission pro hac vice of Susan K. Ullman, Esquire, to represent the United States of America in the above-captioned action, and also moves, pursuant to Local Rule 83.5(f), that Ms. Ullman be permitted to appear on behalf of the United States without associating with Delaware counsel.

DATED: April 1, 2008.

          Respectfully submitted,

          COLM F. CONNOLLY
          United States Attorney

     By:  /s/ Seth M. Beausang
          Seth M. Beausang (I.D. No. 4071)
          Assistant United States Attorney
          The Nemours Building
          1007 Orange Street, Suit 700
          Wilmington, DE 19801
          (302) 573-6277

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing, and in good standing as a member of the Bar of the District of Columbia,

and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any

alleged misconduct which occurs in the preparation or course of this action.   I also certify that I

am generally familiar with this Court's Local Rules.

DATED:  April 1, 2008.

By:   /s/ Susan K. Ullman
       Susan K. Ullman (DC 426874)
       Senior Counsel
       U.S. Department of Justice
       20 Massachusetts Ave., N.W.
       Washington, D.C. 20530
       Tel: (202) 616-0680

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

DATED:  April ____, 2008.

_____
THE HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE