# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAKEWOOD HEALTH SYSTEM AND NORTHWEST MEDICAL CENTER, *for themselves and on behalf of all other similarly situated class members,* <br><br> Plaintiffs, <br><br> v. <br><br> TRIWEST HEALTHCARE ALLIANCE CORP., <br><br> Defendant. | : <br> : <br> : <br> : Civil Action No. 07-69 (GMS) <br> : <br> : CLASS ACTION <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Lakewood Health System and Northwest Medical Center, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order entered in this action on May 30, 2008, dismissing the Complaint (D.I. 35).

|  |  |
|---|---|
|  | DUANE MORRIS LLP |
| Dated: June 24, 2008 | /s/ Matt Neiderman |
|  | Matt Neiderman (Del. Bar No. 4018) |
|  | 1100 N. Market St., Suite 1200 |
|  | Wilmington, DE 19801 |
|  | phone: 302.657.4900 |
|  | fax: 302.657.4901 |
| **Of Counsel:** | mneiderman@duanemorris.com |
|  |  |
| John J. Soroko | *Attorneys for Plaintiffs Lakewood Health* |
| Seth A. Goldberg | *System and Northwest Medical Center, for* |
| 30 South 17th Street | *themselves and on behalf of all other similarly* |
| Philadelphia, PA 19103 | *situated class members* |
| phone: 215.979.1000 |  |
| fax: 215.979.1020 |  |

Michael R. Gottfried
Patricia R. Rich
470 Atlantic Avenue
Boston, MA  02210
phone:  857.488.4290
fax:  857.488.4201

Gregory A. Brodek
88 Hammond Street, Suite 500
Bangor, ME  04401
phone:  207.262.5400
fax:  207.262.5401