OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br>**CLERK** | U NITED S TATES C OURT OF A PPEALS<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | TELEPHONE<br>267-299-4930 |

Website: http://www.ca3.uscourts.gov

June 25, 2008

## NOTICE OF DOCKETING OF APPEAL

**Lakewood Healthcare System v. TriWest Healthcare Alliance Corp**

**No.: 07-cv-00069**

**Honorable Gregory M. Sleet**

An appeal by **Lakewood Healthcare Sys & NW Med Ctr** was filed in the above-captioned case on **6/24/08,** and docketed in this Court on **6/25/08,** at No. **08-2861**.

Kindly use the Appeals Docket No.08-2861 when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_DED Appeals**. Please notify Case Manager **Tina Koperna** at Christina_Koperna@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**