## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LAKEWOOD HEALTH SYSTEM AND NORTHWEST MEDICAL CENTER, | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 07-69-GMS |
| | ) | |
| TRIWEST HEALTHCARE ALLIANCE CORP., | ) ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF CROSS APPEAL

Notice is hereby given that TriWest Healthcare Alliance Corp., defendant in the above-titled action and appellee by virtue of Plaintiffs' June 24, 2008 Notice of Appeal to the United States Court of Appeals for the Third Circuit (D.I. 40), cross appeals to the same Court from the order entered in this action on May 30, 2008, dismissing plaintiffs' Complaint (D.I. 35).

Respectfully submitted,

*/s/ Matthew F. Lintner*
Lewis H. Lazarus (#2374)
Matthew F. Lintner (#4371)
Katherine J. Neikirk (#4129)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
llazarus@morrisjames.com
mlintner@morrisjames.com
kneikirk@morrisjames.com
*Attorneys for Defendant*
*TriWest Healthcare Alliance Corp.*

OF COUNSEL

Robert S. Ryland
Robert R. Gasaway
Ashley C. Parrish
Scott M. Abeles
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Dated: July 3, 2008