District of Delaware

FILED
JUL 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The Lakewood Health System;
Jonathan Lee Riches,
Plaintiffs

Civil No: 07-069 GMS
Motion For Reconsideration

V.

Triwest Healthcare Alliance Corp,
Defendants

Motion For Reconsideration & clarification
Motion to Intervene as Plaintiff under Fed R CiV P Rule 24(A)2, 24(B)
Motion to Amend complaint

Comes now the Plaintiff, Intervenor, Jonathan Lee Riches moves this honorable court to Intervene in this case as a Plaintiff under Fed R CiV P rule 24(A)2 - as a matter of right or rule 24(B)-permissive intervention. I have a interest in this case, Triwest is violating the tricare program for Inmates at FCI Williamsburg, I'm denied basic medical needs. This is a human rights issue. Defendants violated 10 USC 1071.

I move for a motion for reconsideration to Allow me to intervene with a Amended Complaint. Defendants violated the Constitution.

Jonathan Lee Riches prays this court will grant his motions for relief.

respectfully,

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

7-23-08

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail

FLORENCE SC 295
25 JUL 2008 PM 1 L

United States District Court
District of Delaware
Clerk of Court
J. Caleb Boggs Fed Bldg.
844 N. King St.
Wilmington, Delaware 19801

19801+3513

USA FIRST-CLASS FOREVER